UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILHELM, | No. 2:18-cv-00720-GGH |
| Petitioner, | |
| v. | ORDER |
| JEFFREY A. BEARD, | |
| Respondent. | |

Petitioner, proceeding in this matter pro se and in forma pauperis, filed a motion to "expedite judgment" in his case on May 17, 2018. ECF No. 8. Upon review of the motion it became clear that it was likely the petitioner had never received the Order issued by the court on April 17, 2018, ECF No. 6, because he had changed his location between the time the petition was filed and the present. This Order is likely to alter the course petitioner has chosen to take.

In light of the foregoing IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall serve this court's Order of April 17, 2018, found in ECF No. 6, upon petitioner at his new place of incarceration.

////

////

////

////

1

2. Petitioner shall have 45 days from the date of this order within which to amend his habeas complaint to assert a civil action in conformity with the April 17, 2018 Order.

**IT IS SO ORDERED**.

Dated: May 25, 2018

                              /s/ Gregory G. Hollows
                    UNITED STATES MAGISTRATE JUDGE