UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILHELM,<br><br>            Petitioner,<br><br>   v.<br><br>JEFFREY A. BEARD,<br><br>            Respondent. | No. 2:18-cv-720-GGH<br><br>ORDER |

On June 13, 2018 petition in this matter filed a Motion to Correct Error. ECF 10. In the motion the petitioner indicates that an Order he received in this case, ECF No. 9, is an error. He points out that he had earlier filed a Motion to Expedite Judgment, ECF No. 8, which *should* have been filed in a case he filed in August 27, 2017 with regard to which he has never received a case number.

The court has searched the dockets and finds no 2017 filing from petitioner at all. If petitioner did indeed *intend* to file a habeas petition on the date indicated it apparently never reached the court. If he wishes to pursue the matter he will, therefore, have to refile the petition. The Order send by this court, ECF No. 9, is a valid order applicable to this case and will need to be addressed by petitioner as directed therein.

In light of the foregoing, IT IS HEREBY ORDERED that:

1.      This Order resolves ECF No. 10 in the above-captioned matter;

1

2. The Clerk of the Court shall reidentified ECF No. 10 as an "Inquiry" rather than a "Motion".

Dated: June 18, 2018

/s/ Gregory G. Hollows<br>UNITED STATES MAGISTRATE JUDGE